UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| ASAMI PRITCHARD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a foreign owned insurance company doing business as "SAFECO" in the State of Washington,<br><br>Defendant. | No.: 3:24-cv-05951-JHC<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

The parties agree and stipulate as follows:

1. That all claims of Plaintiff that were brought against Defendant Safeco Insurance Company of America have been fully and finally compromise and settled.

2. Defendant should now be dismissed, with prejudice and without costs or fees to any party.

3. That the subjoined order may be presented *ex parte* for signature and entry by any judge or court commissioner of the above-captioned court, without further notice.

SO STIPULATED.

Dated: September 15, 2025

Warrior Woman Law, PLLC

By _____
Sunshine M. Bradshaw, WSBA No. 40912
Email: sunshine@warriorwomanlaw.com

LACROSS AND MURPHY, PLLC

By _____
David LaCross, WSBA No. 31417
Email: fdlacross@gmail.com

**Attorneys for Plaintiffs**

Dated: September 15, 2025

BULLIVANT HOUSER BAILEY PC

By _____
Nicole Brodie Jackson, WSBA #35090
E-mail: nicole.jackson@bullivant.com

**Attorney Defendant Safeco Insurance Company of America**

ORDER

THIS MATTER having come before the Court on the foregoing stipulation of the parties, it is hereby ORDERED, ADJUDGED AND DECREED that Plaintiff Asami Pritchard's claims against Defendant shall be and are DISMISSED WITH PREJUDICE and without costs or fees to any party.[1]

DATED this 26th day of September, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that counsel's signatures appear on the stipulation at Dkt. # 11.

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE     PAGE 2